In the Matter of the Appraisal of the Estate of GEORGE ALLON FULLER, Deceased. STATE TAX COMMISSION. LANGDON P. MARVIN and JOSEPH D. TOOKER, Executors, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Arbitration between NEWS PROJECTION CORPORATION and TRANS-LUX DAYLIGHT PICTURE SCREEN CORPORATION, under Agreement Dated April 21, 1931, and Stipulation Dated April 21, 1932.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act, provided, however, that the said stay shall be and it is vacated if the motion for leave to appeal be not brought on in the Court of Appeals at the first opportunity; and without prejudice to such additional security as the Court of Appeals may require in the event that the motion for leave to appeal should be granted by that court. Present — Finch, P. J., Merrell, Martin O'Malley and Untermyer, JJ.

ROBERT DRAVECKA v. WALTER L. RICHARD.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

LOUVIN REALTY CORPORATION v. THE CITY OF NEW YORK.— Motion for resettlement denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of MAX L. SCHALLEK and Others, as Executors, etc., of EMIL E. CAMERER, Deceased, v. LOUIS C. HAGGERTY, Special Guardian for DOROTHY CAMERER and DAVID CAMERER, Infants.— Motion for resettlement denied. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

CENTRAL HANOVER BANK AND TRUST COMPANY, as Trustee, etc., v. 450 SEVENTH AVENUE REALTY CORPORATION, Impleaded, etc., and THE PRUDENCE COMPANY, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

JERE J. CLIFFORD v. KATHLEEN N. HART, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Estate of OSCAR J. GUDE, Deceased. In the Matter of the Application of KERWIN H. FULTON, as Executor and Trustee, etc., to Vacate and Annul the Decree Made by This Court on March 18, 1931, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

WILLIAM PAYNE, an Infant, by ROSE PAYNE, His Guardian ad Litem, and ROSE PAYNE v. MARTHA O'ROURKE, by PETER O'ROURKE, Her Guardian ad Litem, and PETER O'ROURKE.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of LAZAR DWORKIN, an Attorney.— Reference ordered. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.